ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :
                                        :
           -v.-                         :      UNSEALING ORDER
                                        :
YUAN CHANG CHIOU,                       :      07 Cr. 321
     a/k/a "Brother Chiou,"             :
                                        :
                 Defendant.             :
                                        :
- - - - - - - - - - - - - - - - - - - -x

        WHEREAS, the above-captioned indictment was returned on

April 18, 2007 and, upon application of the government, ordered

to be filed under seal; and

        WHEREAS the Government has requested that the above-

captioned indictment be unsealed;

        IT IS HEREBY ORDERED, that, the indictment docketed as

07 Cr. 321 be unsealed.


Dated: New York, New York
       March 5, 2008


SO ORDERED:

                                     _____
                                     UNITED STATES MAGISTRATE JUDGE
                                     SOUTHERN DISTRICT OF NEW YORK
                                            RONALD L. ELLIS
                                       United States Magistrate Judge
                                       Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08