AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 07 CR 321 (LYNCH, J)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

YUAN CHANG CHIOU,

I certify that I am admitted to practice in this court.

May 20, 2008
Date

*[Signature]*
Signature

J. JEFFREY WEISENFELD     1630987
Print Name     Bar Number

29 Montgomery Place
Address

Brooklyn     NY     11215
City     State     Zip Code

(646) 235-8277     (212) 966-0588
Phone Number     Fax Number