UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,          :
:           07 CR. 321 (GEL)
- v -                        :
:           **ORDER**
YUAN CHANG CHIOU,                  :
:
Defendant.       :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The Court has received a letter from defense counsel requesting, with government's consent, an adjournment of the conference scheduled for August 13, 2008, and consenting to the exclusion of time under the Speedy Trial Act until the adjourned date. As this adjournment is sought to allow the defendant to engage in plea discussions and thereby achieve a global resolution of all state and federal charges, the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

     1. The conference is adjourned to September 25, 2008 at 4:30 p.m.

     2. The time from August 13, 2008, until September 25, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       August 11, 2008

_____
GERARD E. LYNCH
United States District Judge